FILED
CLERK, U.S. DISTRICT COURT

05/07/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___E.C.___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JOSE LUIS PEREZ HERNANDEZ,<br> aka "Jose Luis Hernandez-Perez,"<br> aka "Jose Luis HernandezPerez,"<br><br>            Defendant. | Case No. 8:25-cr-00072-JWH<br><br><u>I N F O R M A T I O N</u><br><br>[8 U.S.C. §§ 1326(a), (b)(1): Illegal Alien Found in the United States Following Deportation] |

The United States Attorney charges:

[8 U.S.C. §§ 1326(a), (b)(1)]

On or about January 23, 2022, defendant JOSE LUIS PEREZ HERNANDEZ, also known as ("aka") "Jose Luis Hernandez Perez," aka "Jose Luis Hernandezperez," an alien, who had been officially deported and removed from the United States on or about April 15, 2009, was found in Orange County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having

obtained permission from the Attorney General or his designated successor, the Secretary for Homeland Security, to reapply for admission to the United States following deportation and removal.

    Defendant's previously alleged deportation and removal from the United States occurred subsequent to defendant's conviction for the following felony: Vehicular Manslaughter by Unlawful Act and With Gross Negligence, in violation of California Penal Code Section 192(c)(1), on or about July 21, 2006, in the Superior Court of the State of California, County of Orange, Case Number 05NF2509.

BILAL A. ESSAYLI
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*/s/ (signature) for*

LAWRENCE E. KOLE
Assistant United States Attorney
Domestic Security and Immigration Crimes Section

KRISTIN N. SPENCER
Assistant United States Attorney
Orange County Office

2