# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. **8:25-cr-00072-JWH**  Date: **5/12/2025**

Present: The Honorable: **Douglas F. McCormick, United States Magistrate Judge**

Interpreter _____   Language _____

| Nancy Boehme | CS 05/12/2025 | Lisa Lindhorst |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  Released on Bond          Attorneys for Defendants:  Present  DFPD

Jose Luis Perez Hernandez                                        Adithya Mani

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case  Initial Appearance   Appointment of Counsel

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Information.
* Defendant acknowledges having read the Information and discussed it with counsel.
* Court advises that the defendant has a constitutional right to be charged with a felony by an indictment from a grand jury, but that right can be waived and if so, the case would proceed on an information filed by the United States Attorney.
* Court asks if the defendant has discussed waiving the right to indictment by a grand jury with his or her attorney, and if so whether the defendant has formally waived that right.
* Defendant verifies that signed waiver bears the defendant's signature.
* Waiver of Indictment is submitted, accepted by the Court, and filed.
* Court asks whether the defendant formally waives a detailed reading of the Information, and defendant waives reading thereof.
* Court acknowledges waiver of a detailed reading of the Information and ascertains that the defendant understands the nature of the charges and the possible penalties.
* Defendant pleads "not guilty" to all counts of the Information.
* This case is assigned to Judge John W. Holcomb.
* It is ordered that the following date(s) and time(s) are set:
  Jury Trial: 6/30/2025 at 9:00 AM;
  Status Conference: 6/13/2025 at 1:00 PM;
  Motion Hearing: 6/13/2025 at 1:00 PM

cc:  PSALA    PSAED    PSASA
     USMLA    USMED    USMSA        Initial Appearance/Appointment of Counsel: ____ : ____
     Statistics Clerk      Interpreter              Arraignment: ____ : 05
     CJA Supervising Attorney   Fiscal      Initials of Deputy Clerk: nb